**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-1054**

FELICIA A. UNDERDUE,

       Plaintiff - Appellant,

    v.

WELLS FARGO BANK, N.A.,

       Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Robert J. Conrad, Jr., District Judge.  (3:16-cv-00653-RJC)

Submitted:  April 6, 2021                    Decided:  April 14, 2021

Before MOTZ, KEENAN, and HARRIS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Felicia A. Underdue, Appellant Pro Se.  Tory Ian Summey, Keith Michael Weddington, PARKER, POE, ADAMS & BERNSTEIN, LLP, Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Felicia A. Underdue seeks to appeal the district court's order granting Defendant's motion to compel discovery, motion to compel Underdue to participate in a mediated settlement conference, and motion to amend the scheduling order. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Underdue seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*